01

02

03

04

05

06        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
07                AT SEATTLE

08  UNITED STATES OF AMERICA,       **)**
                                    **)**   CASE NO. MJ22-071
09          Plaintiff,              **)**
                                    **)**
10          v.                      **)**
                                    **)**   DETENTION ORDER
11  MICHAEL J.D. CLARK JONES,       **)**
                                    **)**
12          Defendant.              **)**
    _____ **)**

13

14
    <u>Offense charged</u>:        Assault with Intent to Commit Robbery; Robbery
15
    <u>Date of Detention Hearing</u>:    February 25, 2022.
16
            The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and
17
    based upon the factual findings and statement of reasons for detention hereafter set forth, finds
18
    that no condition or combination of conditions which defendant can meet will reasonably assure
19
    the appearance of defendant as required and the safety of other persons and the community.
20
            <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>
21
            1.      Defendant, an enrolled member of the Tulalip Tribe, is charged with committing
22

DETENTION ORDER
PAGE -1

01   the above-referenced offenses on the Tulalip Indian Reservation, in Indian Country.

02   Defendant was not interviewed by Pretrial Services and some of his background information is

03   unknown or unverified.   He has a lengthy criminal record that includes crimes of violence,

04   resisting arrest, and violating court supervision with warrant activity. Defendant does not

05   contest detention.

06          2.      Defendant poses a risk of nonappearance based on pending charges, a history of

07   failures to appear, a history of eluding, criminal activity while on supervision, and lack of

08   verified background information. Defendant poses a risk of danger based on a history of similar

09   activity, the nature of the current charges, and a history of violence.

10          3.      There does not appear to be any condition or combination of conditions that will

11   reasonably assure the defendant's appearance at future Court hearings while addressing the

12   danger to other persons or the community.

13   It is therefore ORDERED:

14   1.   Defendant shall be detained pending trial, and committed to the custody of the Attorney

15        General for confinement in a correction facility;

16   2.   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

17   3.   On order of the United States or on request of an attorney for the Government, the person

18        in charge of the corrections facility in which defendant is confined shall deliver the

19        defendant to a United States Marshal for the purpose of an appearance in connection with a

20        court proceeding; and

21   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

22        the defendant, to the United States Marshal, and to the United State Probation Services

DETENTION ORDER
PAGE -2

01    Officer.

02        DATED this 25th day of February, 2022.

03

04                    Mary Alice Theiler
                    United States Magistrate Judge

DETENTION ORDER
PAGE -3